**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

No. 01-8121

───────────

HELFRIED E. SARTORI,

                         Petitioner - Appellant,

        versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

                         Respondent - Appellee.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-01-573-AM)

───────────

Submitted: April 25, 2002          Decided: May 6, 2002

───────────

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Helfried E. Sartori, Appellant Pro Se. Linwood Theodore Wells, Jr.,
Assistant Attorney General, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Helfried Sartori seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, while we grant Sartori's motion to supplement, we deny his motions for appointment of counsel and for a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See Sartori v. Angelone, No. CA-01-573-AM (E.D. Va., filed Nov. 13, 2001; entered Nov. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED